# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

---

UNITED STATES OF AMERICA,

V.

**CR 15 517**

JAMES ALAN CRAIG,

DEFENDANT(S).

**CRB**

**FILED**

NOV 05 2015

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

## INDICTMENT

18 U.S.C. § 641 - Theft of Government Property; 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c) - Criminal Forfeiture

---

A true bill.

_____
Foreman

Filed in open court this __5th__ day of
November, 2015
L. Slott
Clerk

Bail, $ No bail arrest warrant

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

---- OFFENSE CHARGED ----

18 U.S.C. § 1348 - Securities Fraud

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:  25 years imprisonment
$250,000 fine
5 years supervised release
$100 special assessment
Potential deportation

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

---- DEFENDANT - U.S ----

▶ JAMES ALAN CRAIG                    CRB

DISTRICT COURT NUMBER

CR 15 - 517

---- PROCEEDING ----

Name of Complaintant Agency, or Person (& Title, if any)

FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   BRIAN STRETCH

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Robert Rees

---- DEFENDANT ----

IS NOT IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

FILED
NOV 05 2015
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction         ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer  ☐ Yes   If "Yes" give date filed
been filed?   ☐ No

DATE OF ARREST ▶  Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶  Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount: no bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                                Before Judge:

Comments:


BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney
**FILED**

NOV 05 2015

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CR No. 15 517 |
|---|---|
| Plaintiff, | ) |
| v. | ) VIOLATION: Title 18, United States Code, Section 1348 — Securities Fraud |
| JAMES ALAN CRAIG, | ) |
| Defendant. | ) |

### INDICTMENT

The Grand Jury charges:

<u>Introductory Allegations</u>

At all times relevant to this Indictment:

1. The defendant, JAMES ALAN CRAIG, was an individual who resided in and around Dunragit, Scotland, United Kingdom. CRAIG traded in the United States securities market using securities trading accounts like one at TradeMonster belonging to his girlfriend, L.K.

2. Audience, Inc. ("Audience") was a voice and sound technology company headquartered in Mountain View, California, whose securities were publicly traded on the NASDAQ stock exchange and registered under Section 12 of the Securities and Exchange Act of 1934 (15 U.S.C. § 78l).

3. Sarepta Therapeutics, Inc. ("Sarepta") was a biopharmaceutical company headquartered in Bothell, Washington, whose securities were publicly traded on the NASDAQ stock exchange and

1 registered under Section 12 of the Securities and Exchange Act of 1934 (15 U.S.C. § 78l).

2   4.   Twitter, Inc. ("Twitter") was a self-publication site headquartered in San Francisco, California, that allowed users to issue "Tweets" containing information that could be viewed by all other Twitter users, of which there were millions.

COUNT ONE: (18 U.S.C. § 1348 – Securities Fraud)

### The Scheme to Defraud

5.   From in or about December 2012 to in or about July 2013, CRAIG devised and executed a material scheme to defraud others in connection with the purchase and sale of securities of publicly-traded companies in order to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, and by omissions and concealment of material facts. As a result of this scheme to defraud, CRAIG caused losses to shareholders of publicly-traded companies in an amount that exceeded approximately $1,600,000.00.

6.   Specifically, CRAIG set up accounts at Twitter using names similar to market research firms and issued so-called "Tweets" with false and fraudulent information about publicly-traded securities. These false and fraudulent Tweets issued by CRAIG caused the price of the securities to rapidly decline. CRAIG then bought those securities through his girlfriend's brokerage account and later sold them at a higher price per security.

### Manner and Means of the Scheme to Defraud

7.   On or about January 25, 2013 CRAIG set up a Twitter account with the handle @Mudd1Waters using the alias "Shun Ho" and a Gmail address he previously created. As the Twitter account's profile picture, CRAIG used the logo of Muddy Waters Research, a market research firm, in an effort to make the account appear to be associated with that firm. As part of that same effort, he used a name associated with C.B., the founder of Muddy Waters Research, as the account's handle.

8.   On or about January 29, 2013, CRAIG used the @Mudd1Waters Twitter account to publish multiple false and fraudulent Tweets about Audience's business activities, such as that Audience was being investigated by the "DOJ" on rumored fraud charges.

9.   On or about January 29, 2013, Audience's security price fell significantly in the wake of CRAIG's Tweets until trading was halted. That same day, CRAIG used L.K.'s TradeMonster account

1 | to purchase 300 shares of Audience's securities.

2 |     10.    On or about January 30, 2013, after he bought 100 more shares of Audience's securities,
3 | CRAIG sold all 400 securities at a per-share price higher than the 300 he had bought the day before.

4 |     11.    On or about January 29, 2013, CRAIG set up a Twitter account with the handle
5 | @citreonresearc using a false email address purporting to belong to Citron Research. As the Twitter
6 | account's profile picture, CRAIG used the logo of Citron Research, a market research firm, in an effort
7 | to make the account appear to be associated with that firm.

8 |     12.    On or about January 30, 2013, CRAIG used the @citreonresearc Twitter account to
9 | publish multiple false and fraudulent Tweets about Sarepta's business activities, such as that Sarepta's
10 | trial papers were seized by the "FDA."

11 |     13.    On or about January 30, 2013, Sarepta's security price fell significantly in the wake of
12 | CRAIG's Tweets. That same day, CRAIG used L.K.'s TradeMonster account to purchase 700 total
13 | shares of Sarepta's securities.

14 |     14.    On or about February 1, 2013, CRAIG sold all 700 securities at an average per-share
15 | price higher than the average per-share price he had bought them on January 30, 2013.

16 |     15.    In furtherance of his scheme, CRAIG made material misrepresentations, and omitted and
17 | concealed material facts, including the following:

18 |     a.    CRAIG made his @Mudd1Waters Twitter account appear to look like the account
19 | of a legitimate market research firm when it was not;

20 |     b.    CRAIG falsely claimed in multiple Tweets that Audience was being investigated
21 | by the "DOJ" when it was not;

22 |     c.    CRAIG falsely claimed in multiple Tweets that Audience was being investigated
23 | on rumored fraud charges when it was not;

24 |     d.    CRAIG made his @citreonresearc Twitter account appear to look like the account
25 | of a legitimate market research firm when it was not;

26 |     e.    CRAIG falsely claimed in multiple Tweets that Sarepta's biopharmaceutical
27 | results were tainted and doctored when they were not; and

28 |     f.    CRAIG falsely claimed in multiple Tweets that Sarepta's trial papers were seized

1 | by the "FDA" when they were not.

2 | 16.  Between on or about December 2012 and July 2013, in the Northern District of
3 | California and elsewhere, the defendant,

4 | JAMES ALAN CRAIG,

5 | did knowingly execute and attempt to execute a material scheme and artifice to defraud others in
6 | connection with securities, including those of Audience and Sarepta, and to obtain, by means of material
7 | false and fraudulent pretenses, representations, and promises, money and property in connection with the
8 | purchase and sale of securities, including those of Audience and Sarepta, each of which were registered
9 | under Section 12 of the Securities and Exchange Act of 1934 (15 U.S.C. § 78l) and were required to file
10 | reports under Section 15(d) of the Securities and Exchange Act of 1934 (15 U.S.C. § 78o(d)), in
11 | violation of Title 18, United States Code, Section 1348.

13 | DATED: November 5, 2015                                    A TRUE BILL.

15 |                                                                                    FOREPERSON

17 | BRIAN J. STRETCH
   | Acting United States Attorney

19 | 
20 | DAVID R. CALLAWAY
   | Chief, Criminal Division

22 | (Approved as to form: _____)
   |                              AUSA Rees