1 | BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

2

3 | DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

4 | ROBERT DAVID REES (CABN 229441)
Assistant United States Attorneys

5

6 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7210

7 | FAX: (415) 436-7234
Email:  robert.rees@usdoj.gov

8

Attorneys for United States of America

9

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

12 | SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) NO. CR 15 517 CRB |
|---|---|
| Plaintiff, | ) [FILED NOVEMBER 5, 2015] |
| v. | ) **NOTICE OF RELATED CASE IN A CRIMINAL ACTION** |
| JAMES ALAN CRAIG, | ) |
| Defendant. | ) |

| SECURITIES AND EXCHANGE COMMISSION, | ) NO. CV 15 5076 TEH |
|---|---|
| | ) [FILED NOVEMBER 5, 2015] |
| Plaintiff, | ) |
| v. | ) |
| JAMES ALAN CRAIG, | ) |
| Defendant. | ) |

The United States of America, pursuant to Local Criminal Rule 8-1, hereby notifies the Court that the two above-captioned cases are related. The more recent case, CV 15 5076 TEH, filed by complaint on November 5, 2015 involves the same defendant and same alleged events, occurrences,

1  transactions, and property as charged in the Indictment in case CR 15 517 CRB, filed earlier in the day
2  on November 5, 2015.  Both cases allege that Craig set up accounts at Twitter using names similar to
3  market research firms and issued so-called "Tweets" with false and fraudulent information about
4  publicly-traded securities.  These false and fraudulent Tweets issued by Craig caused the price of the
5  securities to rapidly decline.  Craig then bought those securities through his girlfriend's brokerage
6  account and later sold them at a higher price per security.

7      Based upon these facts, the cases are related within the meaning of Local Rule 8-1(b)(1).
8  Furthermore, the cases are related within the meaning of Local Rule 8-1(b)(2) because if heard by
9  different Judges they likely would involve substantial duplication of labor and might create conflicts and
10 unnecessary expenses.

11     Per the requirement of Local Criminal Rule 8-1(c)(4), undersigned counsel states that assignment
12 of these cases to a single Judge is likely to conserve judicial resources and promote an efficient
13 determination of each action.

15 DATED: November 10, 2015                                     Respectfully submitted,

16                                                                   BRIAN J. STRETCH
                                                                   Acting United States Attorney

18                                                                    /s
19                                                                  ROBERT DAVID REES
                                                                 Assistant United States Attorney